Argued and submitted May 16, reversed and remanded November 15, 2006

In the Matter of the Compensation of
Daniel S. Murray, Claimant.

LIBERTY NORTHWEST INSURANCE CORPORATION
and B&D Auto Glass, Inc.,
*Petitioners,*

*v.*

Daniel S. MURRAY,
*Respondent.*

03-05868; A126593

147 P3d 374

David O. Wilson argued the cause and filed the brief for petitioners.

James W. Moller argued the cause and filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman,* Judge, and Richardson,** Senior Judge.

PER CURIAM

Reversed and remanded. *Red Robin International v. Dombrosky*, 207 Or App 476, 142 P3d 113 (2006).

_____

* Schuman, J., *vice* Ceniceros, S. J.

** Richardson, S. J., *vice* Wollheim, J.